# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JASON FIELDS, Individually and
on behalf of others similarly situated,**                                    **PLAINTIFF**

v.                         CASE NO. 4:20-CV-00823-BSM

**JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION**                                                **DEFENDANTS**

## ORDER

Consistent with Jason Fields's notice of voluntary dismissal [Doc. No. 2], this case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE