IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON FIELDS, Individually and
on behalf of others similarly situated,**                          **PLAINTIFF**

v.                 **CASE NO. 4:20-CV-00823-BSM**

**JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of October, 2020.

                                                           UNITED STATES DISTRICT JUDGE